HAROLD J. McELHINNY (CA SBN66781) (hjm1@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KARL J. KRAMER (CA SBN 136433) (kkramer@mofo.com)
MARC J. PERNICK (CA SBN 160591) (mpernick@mofo.com)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Plaintiff
CYBERSOURCE CORPORATION

JOHN O. CHESLEY, II (225626) (jchesley@ropesgray.com)
ROPES & GRAY LLP
One California Street, Suite 2200
San Francisco, California 94111
Telephone: (415) 315-6300
Facsimile:  (415) 315-6350

J. STEVEN BAUGHMAN (*Pro Hac Vice*) (sbaughman@ropesgray.com)
JAMES R. MYERS (*Pro Hac Vice*) (jmyers@ropesgray.com)
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, D.C. 20005-3948
Telephone: (202) 508-4600
Facsimile:  (202) 508-4650

Attorneys for Defendants
RETAIL DECISIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBERSOURCE CORPORATION,<br><br>              Plaintiff,<br><br>     v.<br><br>RETAIL DECISIONS, INC.<br><br>              Defendants. | Case No.  C 04 03268 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO POSTPONE THE DECEMBER 19, 2005 STATUS CONFERENCE**<br><br>**The Honorable Marilyn Hall Patel** |

1   This case is presently stayed pending resolution of the United States Patent and
2   Trademark Office's reexamination of CyberSource Corporation's U.S. Patent No. 6,029,154.
3   Because there have been no further developments in the reexamination proceeding, the parties
4   hereby stipulate and agree, and respectfully submit to the Court, that the status conference
5   presently rescheduled for Monday, December 19, 2005, at 3:00 pm, should be postponed and
6   rescheduled for Monday, February 6, 2006, at 3:00 pm.

Respectfully submitted,

Dated: December 14, 2005          MORRISON & FOERSTER LLP

                                  By:  s/ Marc J. Pernick
                                       Marc J. Pernick

                                       Attorneys for Plaintiff
                                       CYBERSOURCE CORPORATION


Dated: December 14, 2005          ROPES & GRAY LLP

                                  By:  s/ J. Steven Baughman
                                       J. Steven Baughman

                                       Attorneys for Defendant
                                       RETAIL DECISIONS, INC.

SO ORDERED: _____       December 15, 2005
            H.                J.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Marilyn H. Patel]

1   I, MARC J. PERNICK, am the ECF User whose ID and password are being used to file
2   this JOINT STATUS REPORT.  In compliance with General Order 45, X.B., I hereby attest that
3   J. Steven Baughman has concurred in this filing.
4       Dated:  December 14, 2005

MORRISON & FOERSTER LLP

By:   s/Marc J. Pernick
        Marc J. Pernick

Attorneys for Plaintiff
CYBERSOURCE CORPORATION