HAROLD J. McELHINNY (CA SBN 66781) (hjm1@mofo.com)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

KARL J. KRAMER (CA SBN 136433) (kkramer@mofo.com)
MARC J. PERNICK (CA SBN 160591) (mpernick@mofo.com)
PAUL F. COYNE (CA SBN 223900) (pcoyne@mofo.com)
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

Attorneys for Plaintiff
CYBERSOURCE CORPORATION

JOHN O. CHESLEY, II (225626) (jchesley@ropesgray.com)
ROPES & GRAY LLP
One California Street, Suite 2200
San Francisco, California 94111
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

J. STEVEN BAUGHMAN (*Pro Hac Vice*) (sbaughman@ropesgray.com)
JAMES R. MYERS (*Pro Hac Vice*) (jmyers@ropesgray.com)
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, D.C. 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

Attorneys for Defendants
RETAIL DECISIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBERSOURCE CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>RETAIL DECISIONS, INC.<br><br>  Defendants. | Case No.  C 04 03268 MHP<br><br>**JOINT QUARTERLY STATUS REPORT, STIPULATION AND [PROPOSED] ORDER TO POSTPONE THE FEBRUARY 6, 2006 STATUS CONFERENCE**<br><br>**The Honorable Marilyn Hall Patel** |

1 | Pursuant to the Court's January 24, 2005 Order, Plaintiff CyberSource Corporation ("CyberSource") and Defendant Retail Decisions, Inc. respectfully submit this Joint Quarterly Status Report to update the Court with respect to the status of the United States Patent and Trademark Office's reexamination of CyberSource's U.S. Patent No. 6,029,154.

The parties are unaware of any substantive developments in the reexamination proceedings since November 7, 2005, when the parties last submitted a joint status report. Because there have been no further substantive developments in the reexamination proceeding, the parties hereby stipulate and agree, and respectfully submit to the Court, that the status conference presently rescheduled for Monday, February 6, 2006, at 3:00 pm, should be postponed and rescheduled for Monday, March 6, 2006, at 3:00 pm.

Respectfully submitted,

Dated: January 24, 2006            MORRISON & FOERSTER LLP

By:  s/ Marc J. Pernick
        Marc J. Pernick

        Attorneys for Plaintiff
        CYBERSOURCE CORPORATION

Dated: January 24, 2006            ROPES & GRAY LLP

By:  s/ J. Steven Baughman
        J. Steven Baughman

        Attorneys for Defendant
        RETAIL DECISIONS, INC.

SO ORDERED: January 25, 2006

Hon. Marilyn H. Patel, U.S.D.J.

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

JOINT QUARTERLY STATUS REPORT, STIPULATION AND [PROPOSED] ORDER POSTPONING FEB. 6 STATUS CONFERENCE
Case No. C 04 03268 MHP
pa-1038900

1  I, MARC J. PERNICK, am the ECF User whose ID and password are being used to file
2  this JOINT STATUS REPORT.  In compliance with General Order 45, X.B., I hereby attest that
3  J. Steven Baughman has concurred in this filing.
4  Dated: January 24, 2006

MORRISON & FOERSTER LLP

By:  s/ Marc J. Pernick
       Marc J. Pernick

Attorneys for Plaintiff
CYBERSOURCE CORPORATION