1  MARK D. ROWLAND (CSB #158862)
   mark.rowland@ropesgray.com
2  ROPES & GRAY LLP
   525 University Avenue
3  Palo Alto, California 94301
   Tel.: (650) 617-4000
4  Fax: (650) 617-4090

5  J. STEVEN BAUGHMAN *(Pro Hac Vice)*
   sbaughman@ropesgray.com
6  JAMES R. MYERS *(Pro Hac Vice)*
   jmyers@ropesgray.com
7  ROPES & GRAY LLP
   700 12th Street, NW, Suite 900
8  Washington, D.C. 2005-3948
   Telephone: (202) 508-4600
9  Facsimile: (202) 508-4650

10 Attorneys for Defendant
   RETAIL DECISIONS, INC.

RECEIVED
06 JAN 24 PM 12:32
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 26 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBERSOURCE CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>RETAIL DECISIONS, INC.,<br><br>    Defendant. | Case No. C 04 03268 MHP<br><br>**NOTICE AND (PROPOSED) ORDER FOR SUBSTITUTION OF ATTORNEY FOR DEFENDANTS**<br><br>Judge: Hon. Marilyn Hall Patel<br>Dept.: Courtroom 15, 18th floor |

1  Defendant Retail Decisions, Inc. hereby substitutes Mark D. Rowland of
2  Ropes & Gray LLP, 525 University Avenue, Suite 300, Palo Alto, CA 94301-1917, Telephone:
3  650-617-4000, Facsimile: 650-617-4090, as attorney of record instead and in place of John O.
4  Chesley, II of Ropes & Gray LLP, One Embarcadero Center, Suite 2200, San Francisco, CA
5  94111, Telephone: (415) 315-6300, Facsimile: (415) 315-6350.

Respectfully submitted,

Dated: January 9, 2006       By _____
                             Alison Lawlor
                             Chief Financial Officer,
                             Retail Decisions, Inc.

Dated: January 11, 2006      _____
                             John O. Chesley, II (CSB #1225626)
                             *Withdrawing Attorney for Defendants*
                             One Embarcadero Center
                             Suite 2200
                             San Francisco, CA 94111
                             Telephone: (415) 315-6300
                             Facsimile: (415) 315-6350

Dated: January 23, 2006      _____
                             Mark D. Rowland (CSB #157862)
                             ROPES & GRAY LLP
                             *New Attorney for Defendants*
                             525 University Avenue
                             Suite 300
                             Palo Alto, CA 94301-1917
                             Telephone: 650-617-4000
                             Facsimile: 650-617-4090

**SO ORDERED:**
Dated: January 25, 2006      _____
                             Honorable Marilyn Hall Patel
                             United States District Judge