1    KARL J. KRAMER (CA SBN 136433)
     MARC J. PERNICK (CA SBN 160591)
2    JAROD BUNA (CA SBN 233366)
     MORRISON & FOERSTER LLP
3    755 Page Mill Road
     Palo Alto, California  94304-1018
4    Telephone: (650) 813-5600
     Facsimile: (650) 494-0792
5
     J. RYAN GILFOIL (CA SBN 246493)
6    MORRISON & FOERSTER LLP
     425 Market Street
7    San Francisco, California  94105-2482
     Telephone: (415) 268-7000
8    Facsimile: (415) 268-7522

9    Attorneys for Plaintiff
     CYBERSOURCE CORPORATION
10
     MARK D. ROWLAND (CA SBN 157862)
11   mark.rowland@ropesgray.com
     ROPES & GRAY LLP
12   525 University Avenue, Suite 300
     Palo Alto, California 94111
13   Telephone: (650) 617-4000
     Facsimile:  (415) 315-6350
14
     JAMES R. MYERS (*Pro Hac Vice*)
15   ROPES & GRAY LLP
     700 12th Street, NW, Suite 900
16   Washington, D.C. 20005-3948
     Telephone: (202) 508-4600
17   Facsimile:  (202) 508-4650

18   Attorneys for Defendant
     RETAIL DECISIONS, INC.
19

20                  UNITED STATES DISTRICT COURT

21              NORTHERN DISTRICT OF CALIFORNIA

22                   SAN FRANCISCO DIVISION

23   CYBERSOURCE CORPORATION,          Case No.  3:04-CV-03268-MHP

24                  Plaintiff,          **STIPULATION AND
                                        [PROPOSED] ORDER
25          v.                          CONTINUING CASE
                                        MANAGEMENT CONFERENCE**
26   RETAIL DECISIONS, INC.

27                  Defendants.

28
     STIPULATION AND [PROPOSED] ORDER          1
     CONTINUING CASE MANAGEMENT CONFERENCE
     Case No. 3:04-CV-03268-MHP

1       The parties to the above-entitled action, Plaintiff CyberSource Corporation ("CyberSource")

2   and Defendant Retail Decisions, Inc. ("ReD") stipulate and respectfully propose that this Court

3   continue the June 30, 2008 Case Management Conference for two weeks, until July 14, 2008.

4       The parties request this continuance because counsel for ReD have other travel and trial

5   commitments on June 30, 2008.

6       If July 14, 2008 is inconvenient for the Court, the parties request a telephone conference with

7   the Court's calendar clerk to discuss the date for the Case Management Conference.

8

9   Dated: June 12, 2008                    MORRISON & FOERSTER LLP

10

11                                          By:  /s/ Marc J. Pernick
                                                 Marc J. Pernick

12
                                            Attorneys for Plaintiff
13                                          CYBERSOURCE CORPORATION

14   Dated: June 12, 2008                   ROPES & GRAY LLP

15

16                                          By:  /s/ Mark D. Rowland
                                                 Mark Rowland
17

18                                          Attorneys for Defendants
                                            RETAIL DECISIONS PLC
19

20   PURSUANT TO STIPULATION, IT IS SO ORDERED:

21   Dated: _____June 13, 2008_____    _____

22                                     U.S. District Judge

23                                     IT IS SO ORDERED

24

25                                     Judge Marilyn H. Patel

26

27

28   STIPULATION AND [PROPOSED] ORDER                1
     CONTINUING CASE MANAGEMENT CONFERENCE
     Case No. 3:04-CV-03268-MHP