| | |
|---|---|
| 1 | Scott J. Bornstein *(Pro Hac to be filed)* |
|   | GREENBERG TRAURIG, LLP |
| 2 | 200 Park Avenue 34th Floor |
|   | MetLife Building |
| 3 | New York, NY 10166 |
|   | Tele: (212) 801-9200 |
| 4 | Fax: (212) 801-6400 |
|   | Email: bornsteins@gtlaw.com |
| 5 |  |
|   | Mark D. Rowland (CSB # 157862) |
| 6 | ROPES & GRAY LLP |
|   | 525 University Avenue, Suite 300 |
| 7 | Palo Alto, California 94301 |
|   | Telephone: (650) 617-4000 |
| 8 | Facsimile: (650) 315-6350 |
| 9 | James R. Myers *(Pro Hac Vice)* |
|   | ROPES & GRAY LLP |
| 10 | 700 12th Street, NW, Suite 900 |
|   | Washington, D.C. 20005-3948 |
| 11 | Telephone: (202) 508-4600 |
|   | Facsimile: (202) 508-4650 |
| 12 |  |
|   | J. Steven Baughman *(Pro Hac Vice)* |
| 13 | ROPES & GRAY LLP |
|   | Yusen Building 2F, 2-3-2 Marunouchi |
| 14 | Chiyoda-ku, Tokyo, Japan 100-0005 |
|   | Telephone: +81-3-6259-3500 |
| 15 | Facsimile: +81-3-6259-3501 |
| 16 | Attorneys for Defendant |
|   | RETAIL DECISIONS, INC. |

**FILED**

SEP 1 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYBERSOURCE CORPORATION, | Case No. 3:04-CV-03268-MHP |
| Plaintiff, | (~~Proposed~~) **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY SCOTT J. BORNSTEIN** *PRO HAC VICE* |
| v. | |
| RETAIL DECISIONS, INC., | |
| Defendant. | |

Scott J. Bornstein, an active member in good standing of the United States District Court for the Southern, Eastern, Western and Northern Districts of New York and the Court of

CASE NO. 3:04-CV-03268-MHP
(PROPOSED ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY SCOTT J. BORNSTEIN PRO HAC VICE

CHAMBERS

Appeals for the Federal Circuit, whose business address and telephone number is GREENBERG TRAURIG, LLP, 200 Park Avenue 34th Floor, MetLife Building, New York, NY 10166, Tel: (212) 801-2172, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant Retail Decisions, Inc.

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate that he is appearing *pro hac vice*. Service of papers upon and communication with counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic case Filing.

Dated: 9/10/08

_____
Honorable Judge Marilyn Hall Patel