KARL J. KRAMER (CA SBN 136433)
kkramer@mofo.com
MARC J. PERNICK (CA SBN 160591)
mpernick@mofo.com
JAROD BUNA (CA SBN 233366)
jbuna@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

J. RYAN GILFOIL (CA SBN 246493)
jgilfoil@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
CYBERSOURCE CORPORATION

MARK D. ROWLAND (CA SBN 157862)
mark.rowland@ropesgray.com
ROPES & GRAY LLP
525 University Avenue, Suite 300
Palo Alto, California 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4040

JAMES R. MYERS (*Pro Hac Vice*)
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, D.C. 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

J. STEVEN BAUGHMAN (*Pro Hac Vice*)
ROPES & GRAY LLP
Yusen Building 2F, 2-3-2 Marunouchi
Chiyoda-ku, Tokyo, Japan 100-0005
Telephone: +81-3-6259-3500
Facsimile: +81-3-6259-3501

Scott J. Bomstein (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
MetLife Building
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

Attorneys for Defendant
RETAIL DECISIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBERSOURCE CORPORATION, | Case No.  C 04 03268 MHP |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE |
| RETAIL DECISIONS, INC., | * AS AMENDED BY COURT |
| Defendant. | |

1    Pursuant to Civil L.R. 6-2, Plaintiff CyberSource Corporation ("CyberSource") and

2    Defendant Retail Decisions, Inc. ("ReD") hereby stipulate to the following briefing schedule.

3    Whereas, on July 3, 2008, the parties submitted a Joint Case Management Statement,

4
5    which scheduled ReD's Preliminary Invalidity Contentions (PLR 3-3)and ReD's Production of

6    Documents Accompanying Preliminary Invalidity Contentions (PLR 3-4) for September 11,

7    2008, and scheduled the Exchange of Proposed Terms and Claim Elements for Construction

8    (PLR 4-1) for September 25, 2008;

9    Whereas, on July 15, 2008, after a Case Management Conference, the Court adopted an

10
11   amended Joint Case Management Order that modified the date for ReD's Preliminary Invalidity

12   Contentions (PLR 3-3) and ReD's Production of Documents Accompanying Preliminary

13   Invalidity Contentions (PLR 3-4) to September 18, 2008, and modified the date for the

14   Exchange of Proposed Terms and Claim Elements for Construction (PLR 4-1) to October 1,

15   2008;

16
17   Whereas, the parties, acting through their counsel, have conferred in good faith and

18   agreed to extend the date for submitting ReD's Preliminary Invalidity Contentions (PLR 3-3)

19   and ReD's Production of Documents Accompanying Preliminary Invalidity Contentions (PLR

20   3-4) to October 2, 2008, to afford ReD's new co-counsel reasonable opportunity to review

21   CyberSource's Preliminary Infringement Contentions; and

22
23   Whereas, in the interests of efficiency and orderly case management, the parties wish to

24   agree on the briefing and hearing schedule for other case deadlines as well (as set forth below).

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE
Case No. C 04 03268 MHP

2

**THEREFORE, IT IS STIPULATED:**

1. ReD will file its Preliminary Invalidity Contentions (PLR 3-3)and Production of Documents Accompanying Preliminary Invalidity Contentions (PLR 3-4) by Thursday, October 2, 2008

2. The other case deadlines are also modified in accordance with the proposed Docket Control Deadlines as follows.

| Event | Date |
|-------|------|
| CyberSource's Disclosure of Asserted Claims & Preliminary Infringement Contentions (Per CMC 7/14/08; see also PLR 3-1). | ~~7/28/08~~  8/21/08 |
| CyberSource's Production of Documents Accompanying Preliminary Infringement Contentions (Per CMC 7/14/08; see also PLR 3-2) | ~~7/28/08~~  8/21/08 |
| ReD's Preliminary Invalidity Contentions (Per CMC 7/14/08; see also PLR 3-3) | ~~9/11/08~~  ~~9/18/08~~  10/2/08 |
| ReD's Production of Documents Accompanying Preliminary Invalidity Contentions (Per CMC 7/14/08; see also PLR 3-4) | ~~9/11/08~~  ~~9/18/08~~  10/2/08 |
| Exchange of Proposed Terms and Claim Elements for Construction (Per CMC 7/14/08; see also PLR 4-1) | ~~9/25/08~~  ~~10/1/08~~  11/3/08 |
| Meet and confer to finalize list of terms needing construction. (Patent L.R. 4-1(b)) | 11/3/08-12/12/08 |
| Exchange of Preliminary Claim Constructions and Extrinsic Evidence (PLR 4-2) | ~~10/15/08~~  11/17/08 |
| Preliminary Identification of Extrinsic Evidence, including testimony of percipient and expert witnesses (PLR 4-2(b)) | ~~10/15/08~~  11/17/08 |
| Meet and confer to finalize joint claim construction statement. (PLR 4-2(c)) | 11/17/08-12/12/08 |
| Joint Claim Construction and Prehearing Statement (PLR 4-3) | ~~11/10/08~~  12/12/08 |
| Deadline to complete claim construction discovery, including depositions relating to claim construction (PLR 4-4) | ~~12/10/08~~  1/16/09 |
| CyberSource's Opening Claim Construction Brief (PLR 4-5(a)) | ~~1/2/09~~  1/30/09 |
| ReD's Responsive Claim Construction Brief (PLR 4-5(b)) | ~~1/16/09~~  2/13/09 |
| CyberSource's Reply Claim Construction Brief (PLR 4-5(c)) | ~~1/28/09~~  2/20/09 |
| Claim Construction Hearing (subject to the Court's convenience) (PLR 4-6) | ~~2/11/09~~  3/6/09 |
| Claim construction ruling by Court. | [not set] |
| CyberSource's Final Infringement Contentions (PLR 3- | Claim Construction Ruling + 30 |

| 6(a)) | days |
|---|---|
| ReD's Final Invalidity Contentions (PLR 3-6(b)) | Claim Construction Ruling + 50 days |
| ReD's Opinion and Document Production Regarding Opinion of Counsel Defense to Willfulness Claim (PLR 3-8) | Claim Construction Ruling + 50 days |
| Fact Discovery Cut-Off (i.e., date by which written discovery responses are due and by which depositions must be completed) | 4/30/09  6/8/09 |
| Parties to Serve Expert Reports for Which They Bear the Burden of Proof | 5/21/09  6/29/09 |
| Rebuttal Expert Reports | 6/11/09  7/24/09 |
| Expert Discovery Cut-Off | 6/25/09  8/7/09 |
| Last Day to File Dispositive Motions | 7/16/09  8/28/09 |
| Parties to Serve Motions in Limine | 9/3/09  11/17/09 |
| Parties to serve oppositions to motions in limine | 9/14/09  12/08/09 |
| Pretrial Conference | 10/15/09  12/17/09 @ 2:30 pm |
| Trial | 10/26/09  1/18/09 @ 8:30 am |

**1/19/2010 @ 8:30 AM**

Dated: September 17, 2008

ROPES & GRAY LLP

By:  //s/ Mark Rowland
      Mark Rowland

Attorneys for Defendant
RETAIL DECISIONS, INC.

Dated: September 17, 2008

MORRISON & FOERSTER LLP

By:  //s/ Marc J. Pernick
      Marc J. Pernick

Attorneys for Plaintiff
CYBERSOURCE CORPORATION

4

STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING SCHEDULE
Case No.  C 04 03268 MHP

1    I, MARK ROWLAND, am the ECF User whose ID and password are being used to file

2 this STIPULATION AND [PROPOSED] ORDER RE: BRIEFING AND HEARING

3 SCHEDULE. In compliance with General Order 45, X.B., I hereby attest that Marc Pernick has

4 concurred in this filing.

5

6

7    Dated: September 17, 2008                     ROPES & GRAY LLP

8

9                                                  By:  //s/ Mark Rowland
                                                        Mark Rowland

10                                                      Attorneys for Defendant
11                                                      RETAIL DECISIONS, INC.

12

13

14                              **ORDER**

15          **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17

18    DATED:      9/19/2008

19

20

21

22

23

24

25

26

27

28