JAMES W. SOONG (SBN: 196092)
SoongJ@gtlaw.com
DAVID J. PEREZ (SBN: 238136)
Email: perezdj@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California  94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

SCOTT J. BORNSTEIN (*Pro Hac Vice Pending*)
BornsteinS@gtlaw.com
GREENBERG TRAURIG, LLP
MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

JAMES R. MYERS (*Pro Hac Vice*)
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, D.C., 20005-3948
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

MARK D. ROWLAND (SBN: 157862)
mark.rowland@ropesgray.com
ROPES & GRAY LLP
525 University Avenue, Suite 300
Palo Alto, California 94301
Telephone: (650) 617-4000
Facsimile: (650) 617-4040

Attorneys for Defendant
RETAIL DECISIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBERSOURCE CORPORATION,<br><br>Plaintiff;<br><br>v.<br><br>RETAIL DECISIONS, INC.,<br><br>Defendant. | Case No. 3:04-CV-03268-MHP<br><br>[PROPOSED] ORDER GRANTING DEFENDANT RETAIL DECISIONS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL, PURSUANT TO CIVIL L.R. 79-5(B) AND (C) |

Upon consideration of all papers filed and all arguments presented with respect to Defendant's Administrative Motion to File Under Seal, Pursuant to Civil L.R. 79-5(b) and (c), and good cause appearing therefore,

IT IS HEREBY ORDERED that:

    1.    The Administrative Motion to File Under Seal, Pursuant to Civil Local Rule 79-5(b) and (c) is GRANTED;

    2.    Pages 2:26-3:23, 3:25-4:13, 7:5-11, 7:13-16, 7:25-8:9, 9:12-16, 10:18-22, 12:15-23, and 12:27-28 (footnote 5), of Defendant's Motion to Permit Defendant to Proceed With Deposition of William A. Wright, Ph.D. ("Motion to Permit"), which reference and/or cite to the material and/or information contained in Exhibits C and G to the Declaration of David J. Perez in Support of Defendant Retail Decisions, Inc.'s Motion to Permit Defendant to Proceed With Deposition of William A. Wright, Ph.D. ("Perez Motion to Permit Decl.") filed October 3, 2008, <u>all of which contain information that Plaintiff claims constitutes attorney-client privileged communications and/or attorney work product</u>, shall be filed <u>conditionally</u> under seal pending this Court's consideration of the issues presented in ReD's Motion to Permit, and any opposition or reply thereto, and the Court's resolution of the issue of Plaintiff's claims of privilege or work product.;

    3.    Exhibit C to the Perez Motion to Permit Decl., shall be filed <u>conditionally</u> under seal pending this Court's consideration of the issues presented in ReD's Motion to Permit, and any opposition or reply thereto, and the Court's resolution of the issue of Plaintiff's claims of privilege or work product; and

    4.    The final three pages of Exhibit G to the Perez Motion to Permit Decl., which comprise the document contained in Exhibit C, shall be filed <u>conditionally</u> under seal pending this Court's consideration of the issues presented in ReD's Motion to Permit, and any opposition or reply thereto, and the Court's resolution of the issue of Plaintiff's claims of privilege or work product.

**IT IS SO ORDERED.**

DATED: __October 7__, 2008    _____
                                                   JUDGE OF THE UNITED STATES DISTRICT COURT

1

[Proposed] Order Granting Defendant Retail Decisions, Inc.'s Administrative Motion to File Under Seal
Case No. 3:04-CV-03268-MHP

SV 239,158,556v1