KARL J. KRAMER (CA SBN 136433)
kkramer@mofo.com
MARC J. PERNICK (CA SBN 160591)
mpernick@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

J. RYAN GILFOIL (CA SBN 246493)
jgilfoil@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
CYBERSOURCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBERSOURCE CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>RETAIL DECISIONS, INC.,<br><br>              Defendant. | Case No.   3:04-CV-03268-MHP<br><br>**STIPULATION AND** ~~PROPOSED~~ **ORDER REGARDING CLAIM CONSTRUCTION DEADLINES** |

Subject to the Court's approval, Plaintiff CyberSource Corporation and Defendant Retail Decisions, Inc. (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate that:

1.  In order to clarify the Parties' obligations regarding expert disclosures for claim construction under the Patent Local Rules, the Parties agree to the following deadlines:

    - By December 1, 2008, the Parties will notify each other as to whether they plan to present live expert testimony at the March 6, 2009 claim construction hearing,

and/or to submit a declaration(s) of one or more experts regarding claim construction;

- For any expert identified in the December 12, 2008 Joint Claim Construction and Prehearing Statement, each side will serve an expert report related to claim construction by January 16, 2009; and

- The claim construction discovery deadline presently set for January 16, 2009 will be moved to January 30, 2009.

2. In order to accommodate the claim construction discovery deadline, each of the current deadlines for claim construction briefing will be moved by one week, as follows:

- CybserSource's opening claim construction brief, currently due January 30, 2009, will be filed by February 6, 2009;

- ReD's responsive claim construction brief, currently due February 13, 2009, will be filed by February 20, 2009; and

- CyberSource's reply claim construction brief, currently due February 20, 2009, will be filed by February 27, 2009.

3. The claim construction hearing will take place on March 6, 2009, as presently scheduled.

Dated:  November 13, 2008             KARL J. KRAMER
                                      MARC J. PERNICK
                                      J. RYAN GILFOIL
                                      MORRISON & FOERSTER LLP


                                      By:  /s/ Marc J. Pernick
                                           Marc J. Pernick
                                           MPernick@mofo.com

                                      Attorneys for Plaintiff
                                      CYBERSOURCE CORPORATION

| | |
|---|---|
| Dated: November 13, 2008 | SCOTT J. BORNSTEIN<br>JAMES W. SOONG<br>DAVID J. PEREZ<br>GREENBERG TRAURIG, LLP<br><br>JAMES R. MYERS<br>MARK D. ROWLAND<br>ROPES & GRAY LLP<br><br>By: /s/ James W. Soong<br>     James W. Soong<br>     SoongJ@gtlaw.com<br><br>Attorneys for Defendant<br>RETAIL DECISIONS, INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 11/14/2008      _____

HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

I, MARC J. PERNICK, am the ECF User whose ID and password are being used to file this STIPULATION AND PROPOSED ORDER REGARDING CLAIM CONSTRUCTION DEADLINES. In compliance with General Order 45, X.B., I hereby attest that James W. Soong has concurred in this filing.

Dated: November 13, 2008                    MORRISON & FOERSTER LLP

                                            By: /s/ Marc J. Pernick