1  KARL J. KRAMER (CA SBN 136433)
   kkramer@mofo.com
2  MARC J. PERNICK (CA SBN 160591)
   mpernick@mofo.com
3  MORRISON & FOERSTER LLP
   755 Page Mill Road
4  Palo Alto, California 94304-1018
   Telephone: (650) 813-5600
5  Facsimile: (650) 494-0792

6  J. RYAN GILFOIL (CA SBN 246493)
   jgilfoil@mofo.com
7  MORRISON & FOERSTER LLP
   425 Market Street
8  San Francisco, California 94105-2482
   Telephone: (415) 268-7000
9  Facsimile: (415) 268-7522

10 Attorneys for Plaintiff
   CYBERSOURCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBERSOURCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RETAIL DECISIONS, INC.,<br><br>Defendant. | Case No.   3:04-CV-03268-MHP<br><br>**STIPULATION AND PROPOSED ORDER REGARDING DEADLINE FOR FILING JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |

Subject to the Court's approval, Plaintiff CyberSource Corporation and Defendant Retail Decisions, Inc. (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate that:

1.  Pursuant to the Court's September 19, 2008 Order (Docket No. 103), the deadline for filing the Parties' Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement ("Joint Statement") is today, Friday, December 12, 2008.

1      2.    The Parties are still meeting and conferring for the purposes of narrowing the issues for claim construction and finalizing preparation of the Joint Statement, and would benefit from a few additional days to continue their meet and confer discussions.

      3.    The Parties respectfully request that the deadline for the Joint Statement and other Patent Local Rule 4-3 requirements be postponed to Thursday, December 18, 2008.

Dated:  December 12, 2008

KARL J. KRAMER
MARC J. PERNICK
J. RYAN GILFOIL
MORRISON & FOERSTER LLP

By: /s/ Marc J. Pernick
     Marc J. Pernick
     MPernick@mofo.com

Attorneys for Plaintiff
CYBERSOURCE CORPORATION

Dated:  December 12, 2008

SCOTT J. BORNSTEIN
JAMES W. SOONG
DAVID J. PEREZ
GREENBERG TRAURIG, LLP

JAMES R. MYERS
MARK D. ROWLAND
ROPES & GRAY LLP

By: /s/ James W. Soong
     James W. Soong
     SoongJ@gtlaw.com

Attorneys for Defendant
RETAIL DECISIONS, INC.

---

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/16/2008

HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*(Seal: United States District Court, Northern District of California)*

1       I, MARC J. PERNICK, am the ECF User whose ID and password are being used to file

2 this STIPULATION AND PROPOSED ORDER REGARDING CLAIM CONSTRUCTION

3 DEADLINES.  In compliance with General Order 45, X.B., I hereby attest that James W. Soong

4 has concurred in this filing.

5       Dated: December 12, 2008              MORRISON & FOERSTER LLP

6

7                                              By: /s/ Marc J. Pernick

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28