| | | |
|---|---|---|
| 1 | KARL J. KRAMER (CA SBN 136433) | MARK D. ROWLAND (CA SBN 157862) |
| | kkramer@mofo.com | mark.rowland@ropesgray.com |
| 2 | MARC J. PERNICK (CA SBN 160591) | ROPES & GRAY LLP |
| | mpernick@mofo.com | 525 University Avenue, Suite 300 |
| 3 | MORRISON & FOERSTER LLP | Palo Alto, California 94301 |
| | 755 Page Mill Road | Telephone: (650) 617-4000 |
| 4 | Palo Alto, California 94304-1018 | Facsimile: (650) 617-4040 |
| | Telephone: (650) 813-5600 | |
| 5 | Facsimile: (650) 494-0792 | JAMES R. MYERS (*Pro Hac Vice*) |
| | | ROPES & GRAY LLP |
| 6 | J. RYAN GILFOIL (CA SBN 246493) | 700 12th Street, NW, Suite 900 |
| | jgilfoil@mofo.com | Washington, D.C. 20005-3948 |
| 7 | MORRISON & FOERSTER LLP | Telephone: (202) 508-4600 |
| | 425 Market Street | Facsimile: (202) 508-4650 |
| 8 | San Francisco, California 94105-2482 | |
| | Telephone: (415) 268-7000 | J. STEVEN BAUGHMAN (*Pro Hac Vice*) |
| 9 | Facsimile: (415) 268-7522 | ROPES & GRAY LLP |
| | | Yusen Building 2F, 2-3-2 Marunouchi |
| 10 | Attorneys for Plaintiff | Chiyoda-ku, Tokyo, Japan 100-0005 |
| | CYBERSOURCE CORPORATION | Telephone: +81-3-6259-3500 |
| 11 | | Facsimile: +81-3-6259-3501 |
| 12 | | SCOTT J. BORNSTEIN (*Pro Hac Vice*) |
| | | GREENBERG TRAURIG, LLP |
| 13 | | MetLife Building |
| | | New York, NY 10166 |
| 14 | | Telephone: (212) 801-9200 |
| | | Facsimile: (212) 801-6400 |
| 15 | | |
| | | JOHN P. WARD (SBN: 163576) |
| 16 | | WardJ@gtlaw.com |
| | | JAMES W. SOONG (SBN: 196092) |
| 17 | | SoongJ@gtlaw.com |
| | | GREENBERG TRAURIG, LLP |
| 18 | | 1900 University Avenue, Fifth Floor |
| | | East Palo Alto, California 94303 |
| 19 | | Telephone: (650) 328-8500 |
| | | Facsimile: (650) 328-8508 |
| 20 | | |
| | | Attorneys for Defendant |
| 21 | | RETAIL DECISIONS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

FURTHER STIPULATION & PROPOSED ORD. REGARDING JOINT CLAIM CONSTRUCTION STATEMENT   1
CASE NO. 3:04-CV-03268-MHP
pa-1303700

| | | |
|---|---|---|
| 1 | CYBERSOURCE CORPORATION, | Case No.   3:04-CV-03268-MHP |
| 2 | Plaintiff, | **FURTHER STIPULATION AND <s>PROPOSED</s> ORDER REGARDING DEADLINE FOR FILING JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| 3 | v. | |
| 4 | RETAIL DECISIONS, INC., | |
| 5 | Defendant. | |

      Subject to the Court's approval, Plaintiff CyberSource Corporation and Defendant Retail Decisions, Inc. (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate that:

      1.     Pursuant to the Court's September 19, 2008 Order (Docket No. 103), the deadline for filing the Parties' Patent Local Rule 4-3 Joint Claim Construction and Prehearing Statement ("Joint Statement") was Friday, December 12, 2008.

      2.     On Friday, December 12, 2008, the Parties submitted a Stipulation and Proposed Order (Docket No. 155) to postpone this deadline to Thursday, December 18, 2008.  This Stipulation and Proposed Order has not yet been approved by the Court.

      3.     The Parties are continuing their meet and confer discussions for the purposes of narrowing the issues for claim construction and finalizing the preparation of the Joint Statement, and would benefit from having one additional day beyond this proposed deadline to continue their meet and confer discussions.

      4.     The Parties respectfully request that the deadline for the Joint Statement and other Patent Local Rule 4-3 requirements be postponed one additional day, to Friday, December 19, 2008.

      5.     Pursuant to Local Rule 6-2(a)(3), this time modification would have no other effect on the schedule for the case.

Dated: December 16, 2008

KARL J. KRAMER
MARC J. PERNICK
J. RYAN GILFOIL
MORRISON & FOERSTER LLP

By: /s/ Marc J. Pernick
    Marc J. Pernick
    MPernick@mofo.com

Attorneys for Plaintiff
CYBERSOURCE CORPORATION

Dated: December 16, 2008

SCOTT J. BORNSTEIN
JOHN P. WARD
JAMES W. SOONG
GREENBERG TRAURIG, LLP

JAMES R. MYERS
MARK D. ROWLAND
J. STEVEN BAUGHMAN
ROPES & GRAY LLP

By: /s/ James W. Soong
    James W. Soong
    SoongJ@gtlaw.com

Attorneys for Defendant
RETAIL DECISIONS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 12/17/2008

_____
HON. MARILYN H. PATEL
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED.
Judge Marilyn H. Patel*

1  I, MARC J. PERNICK, am the ECF User whose ID and password are being used to file
2  this STIPULATION AND PROPOSED ORDER REGARDING CLAIM CONSTRUCTION
3  DEADLINES.  In compliance with General Order 45, X.B., I hereby attest that James W. Soong
4  has concurred in this filing.

5  Dated: December 16, 2008               MORRISON & FOERSTER LLP

7                                          By: /s/ Marc J. Pernick