KARL J. KRAMER (CA SBN 136433)
kkramer@mofo.com
MARC J. PERNICK (CA SBN 160591)
mpernick@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California  94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

J. RYAN GILFOIL (CA SBN 246493)
jgilfoil@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
CYBERSOURCE CORPORATION

MARK D. ROWLAND (CA SBN 157862)
mark.rowland@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Telephone: (650) 617-4000
Facsimile:  (650) 617-4040

JAMES R. MYERS (*Pro Hac Vice*)
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, D.C. 20005-3948

J. STEVEN BAUGHMAN (*Pro Hac Vice*)
ROPES & GRAY LLP
Yusen Building 2F, 2-3-2 Marunouchi
Chiyoda-ku, Tokyo, Japan 100-0005

SCOTT J. BORNSTEIN (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
MetLife Building
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400

JOHN P. WARD (SBN: 163576)
WardJ@gtlaw.com
JAMES W. SOONG (SBN: 196092)
SoongJ@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California  94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
RETAIL DECISIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBERSOURCE CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RETAIL DECISIONS, INC.,<br><br>　　　　　　Defendant. | Case No.    3:04-CV-03268-MHP<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING CLAIM CONSTRUCTION AND SUMMARY JUDGMENT DEADLINES** |

1    Subject to the Court's approval, Plaintiff CyberSource Corporation and Defendant Retail
2  Decisions, Inc. (collectively, the "Parties"), by and through their respective attorneys, hereby
3  stipulate that, in order to accommodate counsel's travel schedules and the efficient briefing of the
4  issues discussed below:
5       1.   In connection with ReD's motion for summary judgment of invalidity as discussed
6  at the October 6, 2008 hearing in this matter (as to which no previous extensions of time have
7  been made):

- ReD's motion, presently scheduled to be submitted on January 12, 2009, will be submitted on January 26, 2009;
- CyberSource's response, presently scheduled to be submitted on January 26, 2009, will be submitted on February 16, 2009; and,
- Subject to the convenience of the Court, the hearing relating to this motion presently scheduled to take place on February 2, 2009, will be moved to February 23, 2009, or such other time as the Court directs.

15       3.   In connection with the current deadlines for claim construction identified below
16 (as to which there have been prior extensions):

- The claim construction discovery deadline presently scheduled for January 30, 2009, will be changed to February 6, 2009;
- CyberSource's opening claim construction brief, currently due February 6, 2009, will be filed by February 13, 2009;
- ReD's responsive claim construction brief, currently due February 20, 2009, will be filed by February 27, 2009;
- CyberSource's reply claim construction brief, currently due February 27, 2009, will be filed by March 6, 2009; and
- Subject to the convenience of the Court, the claim construction hearing presently scheduled to take place on March 6, 2009, will be moved to March 19, 2009, or such other time as the Court directs.

1       4.      Pursuant to Local Rule 6-2(a)(3), these time modifications would have no other effect on the schedule for the case.

Dated: December 23, 2008

KARL J. KRAMER
MARC J. PERNICK
J. RYAN GILFOIL
MORRISON & FOERSTER LLP

By: /s/ Marc J. Pernick
    Marc J. Pernick
    MPernick@mofo.com

Attorneys for Plaintiff
CYBERSOURCE CORPORATION

Dated: December 23, 2008

SCOTT J. BORNSTEIN
JAMES W. SOONG
GREENBERG TRAURIG, LLP

JAMES R. MYERS
MARK D. ROWLAND
J. STEVEN BAUGHMAN
ROPES & GRAY LLP

By: /s/ J. Steven Baughman
    J. Steven Baughman

Attorneys for Defendant
RETAIL DECISIONS, INC.

STIPULATION & PROPOSED ORDER REGARDING CLAIM CONSTRUCTION AND
SUMMARY JUDGMENT DEADLINES                                                3
CASE NO. 3:04-CV-03268-MHP

1 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   Dated: __1/5/2009_____    _____

4   HON. MARILYN H. PATEL

5   UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION & PROPOSED ORDER REGARDING CLAIM CONSTRUCTION AND
SUMMARY JUDGMENT DEADLINES
CASE NO. 3:04-CV-03268-MHP

4

1  I, J. STEVEN BAUGHMAN, am the ECF User whose ID and password are being used to
2  file this STIPULATION AND PROPOSED ORDER REGARDING CLAIM CONSTRUCTION
3  DEADLINES.  In compliance with General Order 45, X.B., I hereby attest that MARC J.
4  PERNICK has concurred in this filing.

Dated: December 23, 2008               ROPES & GRAY LLP

By:  /s/ J. Steven Baughman