KARL J. KRAMER (CA SBN 136433)
kkramer@mofo.com
MARC J. PERNICK (CA SBN 160591)
mpernick@mofo.com
MORRISON & FOERSTER LLP
755 Page Mill Road
Palo Alto, California 94304-1018
Telephone: (650) 813-5600
Facsimile: (650) 494-0792

J. RYAN GILFOIL (CA SBN 246493)
jgilfoil@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Plaintiff
CYBERSOURCE CORPORATION

MARK D. ROWLAND (CA SBN 157862)
mark.rowland@ropesgray.com
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
Telephone: (650) 617-4000
Facsimile: (650) 617-4040

JAMES R. MYERS (*Pro Hac Vice*)
ROPES & GRAY LLP
700 12th Street, NW, Suite 900
Washington, D.C. 20005-3948

J. STEVEN BAUGHMAN (*Pro Hac Vice*)
ROPES & GRAY LLP
Yusen Building 2F, 2-3-2 Marunouchi
Chiyoda-ku, Tokyo, Japan 100-0005

SCOTT J. BORNSTEIN (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
MetLife Building
New York, NY 10166
Telephone: (212) 801-9200

JOHN P. WARD (SBN: 163576)
WardJ@gtlaw.com
JAMES W. SOONG (SBN: 196092)
SoongJ@gtlaw.com
GREENBERG TRAURIG, LLP
1900 University Avenue, Fifth Floor
East Palo Alto, California 94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Defendant
RETAIL DECISIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBERSOURCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>RETAIL DECISIONS, INC.,<br><br>Defendant. | Case No.   3:04-CV-03268-MHP<br><br>**STIPULATION AND** [PROPOSED] **ORDER GRANTING RED'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITS FOR ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY PURSUANT TO 35 U.S.C. §§ 102 AND 103** |

Subject to the Court's approval, Plaintiff CyberSource Corporation and Defendant Retail Decisions, Inc. ("ReD"), by and through their respective attorneys, hereby stipulate under Civil L.R. 7-11 and 7-12 that ReD may exceed page limits and file an over-length brief of 35 pages or less.

Dated: January 26, 2009

KARL J. KRAMER
MARC J. PERNICK
J. RYAN GILFOIL
MORRISON & FOERSTER LLP

By: /s/ Marc J. Pernick
    Marc J. Pernick
    MPernick@mofo.com

Attorneys for Plaintiff
CYBERSOURCE CORPORATION

Dated: January 26, 2009

SCOTT J. BORNSTEIN
JAMES W. SOONG
GREENBERG TRAURIG, LLP

JAMES R. MYERS
MARK D. ROWLAND
J. STEVEN BAUGHMAN
ROPES & GRAY LLP

By: /s/ J. Steven Baughman
    J. Steven Baughman

Attorneys for Defendant
RETAIL DECISIONS, INC.

STIPULATION AND [PROPOSED] ORDER GRANTING RED'S MOTION FOR ADMINISTRATIVE
RELIEF TO EXCEED PAGE LIMITS FOR ITS MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY PURSUANT TO 35 U.S.C. §§ 102 AND 103
CASE NO. 3:04-CV-03268-MHP

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: _1/27/2009_____

4  HON. MARILYN H. PATEL

5  UNITED S

6

7

8

STIPULATION AND [PROPOSED] ORDER GRANTING RED'S MOTION FOR ADMINISTRATIVE
RELIEF TO EXCEED PAGE LIMITS FOR ITS MOTION FOR SUMMARY JUDGMENT
OF INVALIDITY PURSUANT TO 35 U.S.C. §§ 102 AND 103
CASE NO. 3:04-CV-03268-MHP

1  I, J. STEVEN BAUGHMAN, am the ECF User whose ID and password are being used to
2  file this STIPULATION AND PROPOSED ORDER REGARDING CLAIM CONSTRUCTION
3  DEADLINES. In compliance with General Order 45, X.B., I hereby attest that MARC J.
4  PERNICK has concurred in this filing.

Dated: January 26, 2009           ROPES & GRAY LLP

                                  By: /s/ J. Steven Baughman

**STIPULATION AND [PROPOSED] ORDER GRANTING RED'S MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITS FOR ITS MOTION FOR SUMMARY JUDGMENT OF INVALIDITY PURSUANT TO 35 U.S.C. §§ 102 AND 103**
CASE NO. 3:04-CV-03268-MHP