| | |
|---|---|
| KARL J. KRAMER (CA SBN 136433) | SCOTT J. BORNSTEIN (*Pro Hac Vice*) |
| kkramer@mofo.com | bornsteins@gtlaw.com |
| MARC J. PERNICK (CA SBN 160591) | ALLAN A. KASSENOFF (*Pro Hac Vice*) |
| mpernick@mofo.com | kassenoffa@gtlaw.com |
| SUSAN V. VAUGHAN (CA SBN 223576) | GREENBERG TRAURIG, LLP |
| svaughan@mofo.com | MetLife Building |
| MORRISON & FOERSTER LLP | New York, NY 10166 |
| 755 Page Mill Road | Telephone: (212) 801-9200 |
| Palo Alto, California 94304-1018 | Facsimile: (212) 801-6400 |
| Telephone: (650) 813-5600 | |
| Facsimile: (650) 494-0792 | JAMES W. SOONG (SBN: 196092) |
| | soongj@gtlaw.com |
| J. RYAN GILFOIL (CA SBN 246493) | GREENBERG TRAURIG, LLP |
| jgilfoil@mofo.com | 1900 University Avenue, Fifth Floor |
| MORRISON & FOERSTER LLP | East Palo Alto, California 94303 |
| 425 Market Street | Telephone: (650) 328-8500 |
| San Francisco, California 94105-2482 | Facsimile: (650) 328-8508 |
| Telephone: (415) 268-7000 | |
| Facsimile: (415) 268-7522 | Attorneys for Defendant |
| | RETAIL DECISIONS, INC. |
| Attorneys for Plaintiff | |
| CYBERSOURCE CORPORATION | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CYBERSOURCE CORPORATION, | Case No.   3:04-CV-03268-MHP |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER REGARDING PAGE LIMIT FOR CYBERSOURCE'S OPPOSITION TO RED'S INVALIDITY (35 U.S.C. §§ 102, 103) MOTION** |
| v. | |
| RETAIL DECISIONS, INC., | |
| Defendant. | |

Subject to the Court's approval, Plaintiff CyberSource Corporation and Defendant Retail Decisions, Inc. (collectively, the "Parties"), by and through their respective attorneys, hereby stipulate that:

1. CyberSource's opposition to ReD's summary judgment motion on Sections 102/103 invalidity ("§§ 102/103 Motion") is due on February 23, 2009.

STIP. & PROPOSED ORDER RE CYBERSOURCE'S OPPOSITION TO RED'S §§ 102/103 INVALIDITY MOTION
CASE NO. 3:04-CV-03268-MHP
pa-1319947

1

1    2.   Under Local Rule 7-4(b), CyberSource's opposition is limited to 25 pages, unless the Court expressly orders otherwise.

3.   ReD has moved for summary judgment that CyberSource's patent is invalid as anticipated and/or obvious over nine primary references and a number of additional secondary references. Pursuant to a stipulation and Court order of January 27, 2009, the Court extended the page limit for ReD's motion to 35 pages.

4.   In light of the scope of ReD's motion and the length and format of its discussion, CyberSource has requested and ReD has stipulated to extend the page limit for CyberSource's opposition from 25 pages to 45 pages.

Dated: February 19, 2009

KARL J. KRAMER
MARC J. PERNICK
MORRISON & FOERSTER LLP

By: /s/ Marc J. Pernick
    Marc J. Pernick
    MPernick@mofo.com

    Attorneys for Plaintiff
    CYBERSOURCE CORPORATION

Dated: February 19, 2009

SCOTT J. BORNSTEIN
ALLAN A. KASSENOFF
JAMES W. SOONG
GREENBERG TRAURIG, LLP

By: /s/ Allan A. Kassenoff
    Allan A. Kassenoff
    kassenoffa@gtlaw.com

    Attorneys for Defendant
    RETAIL DECISIONS, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 2/20/2009

HON. MARILYN
UNITED STATES

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*United States District Court, Northern District of California*

1     I, MARC J. PERNICK, am the ECF User whose ID and password are being used to file
2 this STIPULATION AND PROPOSED ORDER REGARDING PAGE LIMIT FOR
3 CYBERSOURCE'S OPPOSITION TO RED'S INVALIDITY (35 U.S.C. §§ 102, 103)
4 MOTION.  In compliance with General Order 45, X.B., I hereby attest that Allan A. Kassenoff
5 has concurred in this filing.

    Dated: February 19, 2009                      MORRISON & FOERSTER LLP

                                                          By: /s/ Marc J. Pernick

STIP. & PROPOSED ORDER RE CYBERSOURCE'S OPPOSITION TO RED'S §§ 102/103 INVALIDITY MOTION
CASE NO. 3:04-CV-03268-MHP
pa-1319947

3