United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

9  CYBERSOURCE CORPORATION,                    No. C 04-03268 MHP

10           Plaintiff,

                                             **JUDGMENT**

11     v.

12   RETAIL DECISIONS, INC.,

13           Defendant.

                                           /

14

15       This action having come before this court, the Honorable Marilyn Hall Patel, United States

16  District Judge, presiding, and the issues having been duly presented and an order having been duly

17  filed granting defendant's motion for summary judgment, and any counterclaims and defenses not

18  previously disposed of by the court in prior rulings having been rendered moot,

19       IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

20

21

22  Dated: April 14, 2009

                                           MARILYN HALL PATEL
23                                          United States District Court Judge
                                           Northern District of California
24

25

26

27

28